UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                           Case No: 2:13-CR-72-FtM-29UAM

DAVID LEON FREDERICK and
PATRICIA LYNN HOUGH,

    Defendants.
_____/

## AMENDED ORDER[1]

This matter comes before the Court on the Motion to Appear <u>Pro Hac Vice</u>, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (Doc. #9) filed on May 31, 2013. Nathan J. Hochman, Esq., Daniel Saunders, Esq., and Brianna Abrams, Esq., of the law firm Bingham McCutchen, LLP, Sutie 2050 North, 1601 Cloverfield Blvd., Santa Monica, California 90404, moves the Court for permission to appear <u>pro hac vice</u> on behalf of the Defendant, Patricia Lynn Hough. All Counsel are members in good standing with the State Bar of California and are licensed to practice in various federal courts. Bruce Udolf, Esq., of Bruce UDolf P.A., Broward Financial Centre, 500 East Broward Blvd., Suite 1400, Fort Lauderdale, Florida, is a member of the Middle District of Florida, is willing to serve as local Counsel of record in accordance with M.D. Fla. Local Rule 2.02. The Court, having considered the motion, finds good cause and will grant permission to appear <u>pro hac vice</u>.

Accordingly, it is now

---

[1] This Order is amended only to reflect the correct spelling of Counsel Daniel Saunders.

**ORDERED:**

(1) The Motion to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (Doc. #9) is **GRANTED**. Nathan J. Hochman, Esq., Daniel Saunders, Esq., and Brianna Abrams, Esq., of the law firm Bingham McCutchen, LLP, Sutie 2050 North, 1601 Cloverfield Blvd., Santa Monica, California 90404, shall be admitted pro hac vice on behalf of the Defendant, Patricia Lynn Hough.

(2) Counsel are reminded that the Middle District of Florida utilizes a case management electronic filing system ("CM/ECF"). As such, within **fourteen (14) days** of the date of this Order. Atty. Dosch, Atty. Doss, and Atty. Raskin shall register to participate and docket in CM/ECF or show cause in writing within that time frame why they are unable to participate. Failure to register may cause the Court to revoke its permission to appear specially without further notice. If counsel has not already done so, within **fourteen (14) days** from the date of this Order, counsel shall pay the $10.00 filing fee along with the application for special admission to practice.[2]

(3) Counsel are further reminded that, pursuant to the local rules of this district, any attorney appearing in this Court pursuant to M.D. FLA. R. 2.02(a) "shall be deemed to be familiar with, and shall be governed by, these [local] rules in general, including Rule 2.04 hereof in particular; and shall also be deemed to be familiar with and governed by the Code of Professional Responsibility and

---

[2] Counsel shall visit the Court's website located at www.flmd.uscourts.gov and click on the "CM/ECF" tab for more information. The Court has an expectation that counsel will participate in the CM/ECF training tutorials provided on the website prior to using the system.

other ethical limitations or requirements then governing the professional behavior of members of The Florida Bar." M.D. FLA. R. 2.02(c).

(4) Bruce Udolf, Esq., of Bruce Udolf, P.A., Broward Financial Centre, 500 East Broward Blvd., Suite 1500, Fort Lauderdale, Florida, has consented to the designation of local counsel and shall accept service of all notices and papers on behalf of Defendants pertaining to this cause of action.

**DONE** and **ORDERED** in Fort Myers, Florida this 7th day of June, 2013.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record