UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

vs.                                              2:13-cr-72-FtM-29DNF

PATRICIA LYN HOUGH
_____

**OPINION AND ORDER**

This matter comes before the Court on Defendant Patricia Lynn Hough's Motion to Dismiss Count One of Indictment (Doc. #29) filed on June 21, 2013. The Government's Response (Doc. #37) was filed on July 5, 2013.

Defendant Hough seeks to dismiss Count One of the Indictment because it charges a "Klein conspiracy"[1] and such a conspiracy can no longer be recognized in light of relatively recent Supreme Court decisions. As defendant acknowledges, both the Supreme Court and the Eleventh Circuit have recognized the viability of a Klein conspiracy. None of the Supreme Court cases cited by defendant have invalidated a Klein conspiracy, and whether the holdings in those cases will be so extended has not yet been determined. Because binding precedent allows a Klein conspiracy, and the Indictment adequately charges one, the motion to dismiss will be denied.

---

[1] United States v. Klein, 247 F.2d 908 (2d Cir. 1957).

Accordingly, it is now

**ORDERED**:

Defendant Patricia Lynn Hough's Motion to Dismiss Count One of Indictment (Doc. #29) is **DENIED**.

**DONE AND ORDERED** at Fort Myers, Florida, this __16th__ day of July, 2013.

*John E. Steele*
JOHN E. STEELE
United States District Judge

Copies:
Counsel of Record